**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-6830**

---

In Re:  JOHNNY LEE GORE,

Petitioner.

---

On Petition for Writ of Mandamus.
(4:01-cr-00627-CWH)

---

Submitted:  June 26, 2006          Decided:  August 18, 2006

---

Before KING, GREGORY, and DUNCAN, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Johnny Lee Gore, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Lee Gore petitions for writ of mandamus seeking an order compelling the district court to release grand jury transcripts.

Mandamus relief is available only when the petitioner has a clear right to the relief sought and no other means to seek that relief. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Further, mandamus is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d at 826.

Gore does not have a clear right to the grand jury transcripts he seeks, nor does this case involve extraordinary circumstances. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We deny as moot Gore's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED